### 4736. STRONG *v.* CITY OF ATLANTA.

HILL, C. J. The only assignment of error is that the finding of the recorder was unauthorized by any evidence; and it appearing, from an examination of the evidence, that this assignment is without merit, the judgment of the superior court, overruling the certiorari, will not be disturbed.          *Judgment affirmed.*

DECIDED APRIL 16, 1913.

Certiorari; from Fulton superior court—Judge Ellis. January 15, 1913.

*John W. Cox,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.

---

### 4737. HATHAWAY *v.* CITY OF ATLANTA.

RUSSELL, J. 1. According to the answer of the magistrate, the defendant made no motion for a continuance; and, since he appeared in response to the notice directing him to appear before the court, and entered fully into his defense to the charge preferred against him, the defects in the form of the notice or summons were thereby waived as immaterial circumstances. *Mayson* v. *Atlanta,* 77 *Ga.* 662.

2. The evidence was sufficient to support the conviction of the accused, and the judge of the superior court did not err in overruling the certiorari.          *Judgment affirmed.*

DECIDED APRIL 16, 1913.

Certiorari; from Fulton superior court—Judge Ellis. January 15, 1913.

*John W. Cox,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.